UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA          :    **ORIGINAL**
                                       **07 CRIM 809**
   v.                             :    NOTICE OF INTENT
                                       TO FILE AN INFORMATION
AYRAT KHASANOV,                   :    07 Cr. ____

              Defendant.          :

------------------------------x

*Judge Parley*

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        August 21, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

                    By:   _____
                          David A. O'Neil
                          Assistant United States Attorney


                          AGREED AND CONSENTED TO:

                    By:   _____
                          Philip L. Weinstein, Esq.
                          Attorney for Ayrat Khasanov

8/22/07  WHEEL A