```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x      Judge Pauley

UNITED STATES OF AMERICA          :

        - v. -                    :       **WAIVER OF INDICTMENT**

AYRAT KHASANOV,                   :       07 Cr. ___

        Defendant.                :

                                  :

- - - - - - - - - - - - - - - - x      07 CRIM. 8(
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1029, 1343, and 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
AYRAT KHASANOV

_____
Philip L. Weinstein, Esq.
Attorney for AYRAT KHASANOV

Witness: _____

Date:   New York, New York
        August 28, 2007