UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AYRAT A. KHASANOV,<br><br>Defendant. | <u>Electronic Filing</u><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>**1:07 CR 00809 (WHP)** |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York

                              By:   /s/   Rebecca A. Rohr
                                    Rebecca A. Rohr
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    One St. Andrew's Plaza
                                    New York, NY 10007
                                    Tel.: (212) 637-2531
                                    Fax: (212) 637-2527
                                    E-mail: rebecca.rohr@usdoj.gov

CC:   Counsel of Record (via ECF)