UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA           :         07 Cr. 809 (WHP)

   -against-                                    :         ORDER

AYRAT A. KHASANOV,                       :

               Defendants.           :
------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The parties are directed to appear for a sentencing conference on February 5, 2008 at 11:00 a.m. in Courtroom 11D.

Dated: January 23, 2008
       New York, New York

                       SO ORDERED:

                       WILLIAM H. PAULEY III
                       U.S.D.J.